

# NUMBER 13-13-00713-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

ARCTURUS CORPORATION,                                 **Appellant,**

**v.**

ESPADA OPERATING, LLC,
BENGAL ENERGY, L.P.,
LEE ROY BILLINGTON, RODNEY ROLSTON
AND MITCHELL K. MICHELSON,                     **Appellees.**

---

### On appeal from the 329th District Court
### of Wharton County, Texas.

---

# ORDER

### Before Chief Justice Valdez and Justices Benavidez and Perkes
### Order Per Curiam

Appellant Arcturus Corporation appeals from a final judgment signed July 24, 2013. This Court abated this appeal for mediation on February 18, 2015. By letter dated May 11, 2015, the parties informed this Court that they had selected a mediator but had

been unable to schedule the mediation.  There has been no activity in this appeal since that date.

Accordingly, this appeal shall continue in abatement for the purposes of mediation for sixty more days from the date of this order.  Appellant shall file either a motion for reinstatement of the appeal or a motion to dismiss the appeal prior to the expiration of this period of time.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
18th day of August, 2015.